UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONELL A. WILLIAMS, | Case No. C18-833 RSM |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| STATE OF WASHINGTON, *et al.*, | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, the Objections filed by Ronell Williams, and the balance of the record, finds that Plaintiff has not stated a cognizable ground for relief under § 1983 at this time. The Court does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This action is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to the parties and to the Honorable James P. Donohue.

DATED this 16th day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
PAGE - 1